Exhibit 1

| | |
|---|---|
| From: | JAMES DRISCOLL-MACEACHRON <JAMES.DRISCOLL-MACEACHRON@eeoc.gov> |
| Sent: | Monday, June 09, 2014 4:13 PM |
| To: | Dan Morgan; Jacob Crawford |
| Cc: | NANCY GRIFFITHS; dmdorius@gmail.com; Kirk Turner |
| Subject: | Harding and Van Orman Depositions |

Dan,

The EEOC will be responding to your motion to quash the depositions of Drew Harding and Kristin Van Orman. Given the dispute is currently before the Court, we will not attempt to depose them this week. We continue to maintain that we have the right to depose them and will present that argument to the Court.

Sincerely,
Jim


Jim Driscoll-MacEachron
Trial Attorney
U.S. Equal Employment Opportunity Commission
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012
Phone: (602) 640-5043


This e-mail is intended only for the use of the individual(s) or entity(ies) to whom it is addressed and may contain confidential, privileged information. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, please be advised that any use, dissemination, distribution, copying or the taking of any action in reliance on the contents of this transmission is prohibited. If you have received this communication in error, please immediately notify the sender electronically, return the e-mail to the above e-mail address and delete it from your files. Thank you.

1

